IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ARNOLD MOTL | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:15-cv-15-377 |
| | § | (Jury) |
| SCHNEIDER NATIONAL CARRIERS, | § | |
| INC., a.k.a. SCHNEIDER NATIONAL | § | |
| BULK CARRIERS, INC., & DETONIO A. | § | |
| PRICE | § | |
| *Defendants.* | § | |

**INDEX OF MATTERS BEING FILED**

TO THE HONORABLE COURT:

Defendants, SCHNEIDER NATIONAL CARRIERS, INC., (improperly named "SCHNEIDER NATIONAL CARRIERS, INC., a.k.a. SCHNEIDER NATIONAL BULK CARRIERS, INC.") attaches this Index of Matters Being Filed to its Notice of Removal.

1. Plaintiff's Original Petition filed 11/05/2015;

2. Cover Letter for Citations;

3. Request for Service Form;

4. EFiling Case Information Sheet;

5. Clerks Copies of Citations by Mail x2;

6. Served CICM to Schneider National Carriers, Inc. – Signed;

7. Defendant's Verified Original Answer and Request for Disclosures filed 12/18/2015;

8. EFiling Case Information Sheet;

9. Defendant Schneider Nation Carriers, Inc.'s Notice of Intention to Use Documents and Tangible Items;

10. EFiling Case Information Sheet; and

5. Case Docket Sheet.

Respectfully submitted,

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 fax

By: */s/ Celeste Kronenberger*
    Lynn S. Castagna
    State Bar No. 03980520
    Celeste P. Kronenberger
    State Bar No. 24048946
    celeste@texasdefense.com

**ATTORNEYS FOR DEFENDANT
SCHNEIDER NATIONAL CARRIERS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been sent by certified mail, return receipt requested, facsimile, or hand delivery to:

> ***<u>Via Facsimile: (254) 939-3996</u>***
> Steven B. Fuller
> Miller & Pearson, Attorneys at Law
> 520 S. Main Street
> Belton, Texas 76513

in accordance with the Federal Rules of Civil Procedure, on this   29th   day of December, 2015.


> /s/  Celeste Kronenberger
> Celeste P. Kronenberger

Filed 11/5/2015 10:58:37 AM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy



# COPY

## NO. 281,077-C

| | | |
|---|---|---|
| **ARNOLD MOTL** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **169TH   JUDICIAL DISTRICT** |
| | § | |
| **SCHNEIDER NATIONAL CARRIERS,** | § | |
| **INC, a.k.a. SCHNEIDER NATIONAL** | § | |
| **BULK CARRIERS, INC, & DETONIO** | § | |
| **A. PRICE** | § | |
| **Defendants.** | § | **OF BELL COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** ARNOLD MOTL, hereinafter called Plaintiff, complaining of and about SCHNEIDER NATIONAL CARRIERS, INC, also known as SCHNEIDER NATIONAL BULK CARRIERS, INC, & DETONIO A. PRICE (SCHNEIDER), hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff, ARNOLD MOTL, is an Individual whose address is 10345 Burgess Road, Temple, Texas 76501.

3.      The last three numbers of ARNOLD MOTL's driver's license number are 253. The last three numbers of ARNOLD MOTL's social security number are 797.

4.      Defendant SCHNEIDER NATIONAL CARRIERS, INC., a Nonresident Corporation, may be served pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code by serving the registered agent of the corporation, CT CORPORATION SYSTEM, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136, its registered office. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

---

5.       Defendant DETONIO A. PRICE, an Individual who is a nonresident of Texas, may be served with process at his home at the following address:  1800 Lone Oak Park, West Point, Mississippi 39773.  Service of said Defendant as described above can be effected by certified mail, return receipt requested.

### JURISDICTION AND VENUE

6.       The subject matter in controversy is within the jurisdictional limits of this court.

7.       Plaintiff seeks:

a.       monetary relief over $100,000 but not more than $1,000,000.

8.       This court has jurisdiction over the parties because the Plaintiff is a resident of Bell County, Texas, the accident occurred in Bell County, Texas, and the Defendants conduct business in the State of Texas.

9.       This court has jurisdiction over Defendant SCHNEIDER NATIONAL CARRIERS, INC., because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over SCHNEIDER NATIONAL CARRIERS, INC. will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

10.      Furthermore, Plaintiff would show that Defendant SCHNEIDER NATIONAL CARRIERS, INC. engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

11.      This court has jurisdiction over Defendant DETONIO A. PRICE, because said Defendant purposefully availed himself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over DETONIO A. PRICE will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

12.      Furthermore, Plaintiff would show that Defendant DETONIO A. PRICE engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in

part in Texas.

13.    Venue in BELL County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

### FACTS

14. Plaintiff brings this suit to recover damages for personal injuries and expenses sustained as a result of an automobile collision in Bell County, Texas, on or about November 7, 2013. Said incident was proximately caused by the negligence of Defendants. Defendants owned, operated, managed, and/or controlled a commercial vehicle, a tractor trailer, driven by DETONIO A. PRICE. Plaintiff was traveling south bound in Holland, Texas, on State Highway 95 in a 2003 Freightliner truck with a trailer in tow. With his right turn signal clearly flashing the Plaintiff "moved partially over into the center lane", as the Plaintiff observed a vehicle approaching the intersection on East Travis coming from the West. Plaintiff began a wide button hook turn to the west onto East Travis Street. In the course of the turn, the Defendant, following too closely and at an unsafe speed, collided with the Plaintiff as he navigated the right turn. Pictures of the collision show the Plaintiff's truck was already on East Travis Street when the Defendant collided with the Plaintiff's truck. The point of contact was the right side of the cab of the Plaintiff's truck. The police report states the Defendant acknowledged the right turn signal but "thought that unit 1", the Plaintiff, "was going to move into the center lane and turn left." The damage to the Plaintiff required his truck to be repaired and resulted in significant lost wages because the Plaintiff's truck was in repair. Multiple Stower's demands have been made upon Schneider National to no avail.

### PLAINTIFF'S

### CLAIM OF NEGLIGENCE AGAINST DETONIO A. PRICE

15.    DETONIO A. PRICE had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

16.    Plaintiff's injuries were proximately caused by DETONIO A. PRICE's negligent, careless and reckless disregard of said duty.

17.     The negligent, careless and reckless disregard of duty of DETONIO A. PRICE consisted of, but is not limited to, the following acts and omissions:

A.      In that DETONIO A. PRICE failed to maintain a clear and reasonable distance between Plaintiff's motor vehicle and DETONIO A. PRICE's motor vehicle which would permit DETONIO A. PRICE to bring its motor vehicle to a safe stop without colliding into Plaintiff's motor vehicle;

B.      In that DETONIO A. PRICE failed to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done;

C.      In that DETONIO A. PRICE was operating its motor vehicle at a rate of speed which was greater than that would have been operated by a person of ordinary prudence under the same or similar circumstances; and

D.      In that DETONIO A. PRICE failed to yield to a vehicle making a lawful and or reasonable right turn as a person using ordinary prudent care would have done.

E.      In that DETONIO A. PRICE failed to enter into the intersection only when it could have safely entered without interference or collision with other traffic, and specifically, with Plaintiff's motor vehicle; and

## PLAINTIFF'S CLAIM OF

## NEGLIGENCE PER SE AGAINST DETONIO A. PRICE

18.     DETONIO A. PRICE's conduct described herein constitutes an unexcused breach of duty imposed by VTCA Transportation Code 545.062, and his use of a hand-held cellular phone in violation of state and federal law is per se negligent.

19.     The Code requires an operator to maintain an assured clear distance between the vehicles and prohibits the use of a hand-held phone while operating a commercial vehicle.

20.     Plaintiff is member of the class that VTCA Transportation Code 545.062 and the Federal Motor Carrier Safety Regulations (FMCSR) were designed to protect.

21.     DETONIO A. PRICE's unexcused breach of the duty imposed by VTCA Transportation Code 545.062 and the FMCSR proximately caused the Plaintiff's injuries described herein.

## PLAINTIFF'S CLAIM OF

## RESPONDEAT SUPERIOR AGAINST DETONIO A. PRICE

22.    At the time of the occurrence of the act in question and immediately prior thereto, DETONIO A. PRICE was within the course and scope of employment for SCHNEIDER.

23.    At the time of the occurrence of the act in question and immediately prior thereto, DETONIO A. PRICE was engaged in the furtherance of SCHNEIDER'S business.

24.    At the time of the occurrence of the act in question and immediately prior thereto, DETONIO A. PRICE was engaged in accomplishing a task for which DETONIO A. PRICE was employed.

25.    Plaintiff invokes the doctrine of Respondeat Superior as against SCHNEIDER.

## PLAINTIFF'S CLAIM OF

## NEGLIGENT ENTRUSTMENT AGAINST SCHNEIDER NATIONAL CARRIER

26.    On November 7, 2013, SCHNEIDER was the owner of the vehicle operated by DETONIO A. PRICE.

27.    SCHNEIDER entrusted the vehicle to DETONIO A. PRICE, a reckless and incompetent driver.

28.    SCHNEIDER knew, or through the exercise of reasonable care should have known, that DETONIO A. PRICE was a reckless and incompetent driver.

29.    As described herein, DETONIO A. PRICE was negligent on the occasion in question.

30.    DETONIO A. PRICE's negligence was the proximate cause of Plaintiff's damages.


## PLAINTIFF'S CLAIM OF

## NEGLIGENCE AGAINST SCHNEIDER NATIONAL CARRIERS, INC.

31.    Defendant SCHNEIDER NATIONAL CARRIERS, INC. had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

32.     Plaintiff's injuries were proximately caused by Defendant SCHNEIDER NATIONAL CARRIERS, INC.'s negligent, careless and reckless disregard of said duty.

33.     The negligent, careless and reckless disregard of duty of Defendant SCHNEIDER NATIONAL CARRIERS, INC. consisted of, but is not limited to, the following acts and omissions:

A.     In that Defendant SCHNEIDER NATIONAL CARRIERS, INC. failed to maintain a clear and reasonable distance between Plaintiff's motor vehicle and Defendant SCHNEIDER NATIONAL CARRIERS, INC.'s motor vehicle which would permit Defendant SCHNEIDER NATIONAL CARRIERS, INC. to bring its motor vehicle to a safe stop without colliding into Plaintiff's motor vehicle;

B.     In that Defendant SCHNEIDER NATIONAL CARRIERS, INC. failed to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done;

C.     In that Defendant SCHNEIDER NATIONAL CARRIERS, INC. was operating its motor vehicle at a rate of speed which was greater than that would have been operated by a person of ordinary prudence under the same or similar circumstances;

D.     In that Defendant SCHNEIDER NATIONAL CARRIERS, INC. failed to enter into the intersection only when it could have safely entered without interference or collision with other traffic, and specifically, with Plaintiff's motor vehicle; and

## EXEMPLARY DAMAGES

34.     Defendant SCHNEIDER NATIONAL CARRIERS, INC.'s acts or omissions described above, when viewed from the standpoint of Defendant SCHNEIDER NATIONAL CARRIERS, INC. at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendant SCHNEIDER NATIONAL CARRIERS, INC. had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

35.     Based on the facts stated herein, Plaintiff requests exemplary damages be awarded

to Plaintiff from Defendant SCHNEIDER NATIONAL CARRIERS, INC..

36.     Defendant DETONIO A. PRICE's acts or omissions described above, when viewed from the standpoint of Defendant DETONIO A. PRICE at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others.  Defendant DETONIO A. PRICE had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

37.     Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant DETONIO A. PRICE.

## DAMAGES FOR PLAINTIFF, ARNOLD MOTL

38.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, ARNOLD MOTL was caused to suffer general damages in excess of $100,000; special damages in excess of $40,000; and to incur the following damages:

A.     Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff, ARNOLD MOTL for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in BELL County, Texas;

B.     Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.     Physical pain and suffering in the past;

D.     Physical pain and suffering in the future;

E.     Physical impairment in the past;

F.     Physical impairment which, in all reasonable probability, will be suffered in the future;

G.     Loss of earnings in the past;

H.     Loss of earning capacity which will, in all probability, be incurred in the future;

I.     Property damage to the truck and trailer in the amount of approximately $10,000; and

J.     Cost of medical monitoring and prevention in the future.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, ARNOLD MOTL, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

Miller & Pearson, Attorneys at Law

*Steven B. Fuller*

By: _____
Steven B. Fuller
Texas Bar No. 24086939
Email: sfuller@bellcountylawyer.com
520 S. Main St
Belton, TX 76513
Tel. (254) 939-3995
Fax. (254) 939-3996
Attorney for Plaintiff
ARNOLD MOTL

Filed 11/5/2015 10:58:37 AM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy

# PEARSON
### LAW·FIRM

281,077-C

520 S. Main Street    **P** | 254.939.3995
Belton, TX 76513    **F** | 254.939.3996

WWW.**BELLCOUNTYLAWYER**.COM

November 5, 2015

Joanna Staton
Bell County District Clerk
P.O. Box 909
Belton, Texas 76513

Re:   *ARNOLD MOTL v. SCHNEIDER NATIONAL CARRIERS, INC. & DOETONIO A. PRICE*

Dear Ms. Staton:

Please file the Plaintiff's Original Petition, issue citations, and serve the nonresident defendant's.  Service of said Defendant as described above can be effected by certified mail, return receipt requested by the District Court Clerk.

Defendant SCHNEIDER NATIONAL CARRIERS, INC., a Nonresident Corporation, may be served pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code by serving the registered agent of the corporation:

> CT CORPORATION SYSTEM
> 1999 Bryan Street
> Suite 900, Dallas
> Texas 75201-3136

Defendant DETONIO A. PRICE, an Individual who is a nonresident of Texas, may be served with process at his home at the following address:

> 1800 Lone Oak Park
> West Point
> Mississippi 39773

Thank you in advance for your assistance and cooperation in this matter.

Sincerely,

*Steven B. Fuller*

**Steven B. Fuller**
Attorney at Law

Filed 11/5/2015 10:58:37 AM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy

# JOANNA STATON
## BELL COUNTY DISTRICT CLERK
## REQUEST FOR SERVICE

CAUSE NUMBER 281,077-C

STYLE   Arnold Motl v. Schneider National Carriers, Inc., & Detonio A. Price

## TYPE OF SERVICE REQUESTED

## COST FOR SERVICE

| TYPE OF SERVICE REQUESTED | DISTRICT CLERK | SHERIFF |
|---|---|---|
| ___ Resident Citation | $8.00 | $70.00 |
| _2_ Non-Resident Citation | $8.00 | |
| _2_ Citation by Restricted Mail | $80.00 | |
| ___ Citation to Secretary of State | $12.00 | |
| ___ Citation to Secretary of State by Certified Mail | $82.00 | |
| ___ Citation by Publication (newspaper) | $78.00 | |
| ___ Citation by Publication (courthouse door) | $78.00 | |
| ___ Show Cause | $8.00 | $70.00 |
| ___ Temporary Restraining Order | $8.00 | $100.00 |
| ___ Notice Application for Protective Order | $8.00 | $20.00 |
| ___ Subpoena | $8.00 | $70.00 |
| ___ Subpoena-Duces Tecum | $8.00 | $70.00 |
| ___ Abstract of Judgment | $8.00 | |
| ___ Order of Sale | $8.00 | $125.00 |
| ___ Capias | $8.00 | $125.00 |
| ___ Notice of Expunction | $8.00 | |
| ___ Order of Expunction | $8.00 | |
| ___ Bench Warrant | $8.00 | $125.00 |
| ___ Writ of Attachment | $8.00 | $125.00 |
| ___ Writ of Execution | $8.00 | $125.00 |
| ___ Writ of Garnishment | $8.00 | $125.00 |
| ___ Writ of Habeas Corpus | $8.00 | $125.00 |
| ___ Writ of Injunction | $8.00 | $100.00 |
| ___ Writ of Possession | $8.00 | $125.00 |
| ___ Writ of Sequestration | $8.00 | $125.00 |
| ___ Expedited Foreclosures (includes certified & 1st class mail) | $86.00 | |
| ___ Other: _____ | | |

**************************************************************************

NAME AND ADDRESS OF PERSON TO BE SERVED:
See memo _____

_____

_____

_____

**TO BE SERVED BY:**
___ Bell County Sheriff
___ Private Process _____
___ Back to Attorney
_2_ District Clerk

**REQUESTED BY:**
_____

**DATE REQUESTED:**
_____

CV-3 REV 01/13

Print this page

# Case # 281,077-C

**Case Information**

| | |
|---|---|
| Location | Bell County - District Clerk |
| Date Filed | 11/05/2015 10:58:37 AM |
| Case Number | 281,077-C |
| Case Description | |
| Assigned to Judge | |
| Attorney | Erena Streltsov |
| Firm Name | Miller & Pearson, Attorneys at Law, PC |
| Filed By | Mandy Clark |
| Filer Type | Not Applicable |

**Fees**

| | |
|---|---|
| Convenience Fee | $12.34 |
| Total Court Case Fees | $257.00 |
| Total Court Filing Fees | $168.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $439.34 |

**Payment**

| | |
|---|---|
| Account Name | Chase Ink Card |
| Transaction Amount | $439.34 |
| Transaction Response | Approved |
| Transaction ID | 12566701 |
| Order # | 007685561-0 |

**Petition**

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition |
| Filing Description | Plaintiff's Original Petition |
| Reference Number | 14-694 |
| Comments | Please file petition and issue citation for service by the clerk of court by registered mail, return receipt requested |
| Status | Accepted |
| Accepted Date | 11/05/2015 12:15:58 PM |

**Fees**

| | |
|---|---|
| Court Fee | $168.00 |
| Service Fee | $0.00 |

Optional Services

| | |
|---|---|
| >Issue Citation - Registered Mail | $160.00 (2 x $80.00) |
| >Copies - Non-Certified | $8.00 (16 x $0.50) |

**Documents**

| | | | |
|---|---|---|---|
| *Lead Document* | Petition - Motor Vehicle Accident.pdf | [Original] | [Transmitted] |
| *Attachments* | Citation Cover - Motl.pdf | [Original] | [Transmitted] |
| *Attachments* | Request for Service - Motl.pdf | [Original] | [Transmitted] |





CICM

server C/M

# THE STATE OF TEXAS

## CITATION BY MAIL

### Cause No. 281077 - 0

**To**
**SCHNEIDER NATIONAL CARRIERS INC**
**BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TEXAS 752013136**

**Defendant,** in the hereinafter styled and numbered cause:
You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the **169TH DISTRICT COURT**, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number 281077 - 0, styled

      **ARNOLD MOTL**
        **VS**
      **SCHNEIDER NATIONAL CARRIERS INC**

filed in the said court on November 05, 2015.

This was issued at the request of attorney: STEVEN B. FULLER,  520 S. MAIN ST.  BELTON, TEXAS 76513.

**NOTICE TO Defendant:** *You have been sued.  You may employ an attorney.  If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.*

Witness, JOANNA STATON, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on  November 16, 2015.

                          **JOANNA STATON, District Clerk**
                          Bell County, Texas
                          1201 West Huey Road
                          P.O. Box 909
                          Belton, Texas 76513
                          By: *Alice Clement*     Deputy Clerk
                                CLEMENAA

### CERTIFICATE OF DELIVERED BY MAIL

I ceritify that on  11/16/15  at  3:30 pm  I mailed by United States Postal Service in postage prepaid envelopes, sent by certified mail, return receipt requested, true copies of the foregoing citation along with a copy of the  PLAINTIFF'S ORIGINAL PETITION  attached to each such citation, all in accordance with the District Clerk standard mailing procedures, and property addressed to the following person and address:

                                By: *Alice Clement*     Deputy Clerk
                                   CLEMENAA

7015 0640 0004 7843 9541 AAC CICM
281,077-C
Schneider National Carriers, Inc
By Serving Its Registered Agent
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136

Clerk's
Copy

BDC_CICM


281077


CICM

server C/M

# THE STATE OF TEXAS

## CITATION BY MAIL

### Cause No. 281077 - 0

**To**
**DETONIO A. PRICE**
**1800 LONE OAK PARK**
**WEST POINT, MISSISSIPPI 39773**

**Defendant,** in the hereinafter styled and numbered cause:
You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the **169TH DISTRICT COURT**, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number 281077 - 0, styled

   **ARNOLD MOTL**
         **VS**
   **SCHNEIDER NATIONAL CARRIERS INC**

filed in the said court on November 05, 2015.

This was issued at the request of attorney: STEVEN B. FULLER,  520 S. MAIN ST.  BELTON, TEXAS 76513.

**NOTICE TO Defendant:** *You have been sued.  You may employ an attorney.  If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.*

Witness, JOANNA STATON, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on  November 16, 2015.

                    **JOANNA STATON, District Clerk**
                    Bell County, Texas
                    1201 West Huey Road
                    P.O. Box 909
                    Belton, Texas 76513

                    By: *Alice Clement* _____ Deputy Clerk
                         CLEMENAA

### CERTIFICATE OF DELIVERED BY MAIL

I ceritify that on  11/16/15  at  3:30 pm  I mailed by United States Postal Service in postage prepaid envelopes, sent by certified mail, return receipt requested, true copies of the foregoing citation along with a copy of the  PLAINTIFF'S ORIGINAL PETITION  attached to each such citation, all in accordance with the District Clerk standard mailing procedures, and property addressed to the following person and address:

                    By: *Alice Clement* _____ Deputy Clerk
                         CLEMENAA

7015 0640 0004 7843 9558 AAC CICM
281,077-C
Detonio A. Price
1800 Lone Oak Park
West Point, MS 39773

Clerk's
Copy

BDC_CICM



server C/M

# THE STATE OF TEXAS

## CITATION BY MAIL

### Cause No. 281077 - 0



ORIGINAL

FILED

2015 DEC -4  AM 9: 16

JOANNA STATON
DISTRICT COURT
BELL COUNTY, TX
BY_____ DEPUTY

To
**SCHNEIDER NATIONAL CARRIERS INC
BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TEXAS 752013136**

**Defendant**, in the hereinafter styled and numbered cause:
You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the **169TH DISTRICT COURT**, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number 281077 - 0, styled

**ARNOLD MOTL
VS
SCHNEIDER NATIONAL CARRIERS INC**

filed in the said court on November 05, 2015.

This was issued at the request of attorney: STEVEN B. FULLER,  520 S. MAIN ST.  BELTON, TEXAS 76513.

**NOTICE TO Defendant:** *You have been sued.  You may employ an attorney.  If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.*

Witness, JOANNA STATON, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on  November 16, 2015.

**JOANNA STATON, District Clerk**
Bell County, Texas
1201 West Huey Road
P.O. Box 909
Belton, Texas 76513

By _Alice Clement_ _____ Deputy Clerk
CLEMENAA

## CERTIFICATE OF DELIVERED BY MAIL

I certify that on  11/16/15  at  3:30 pm  I mailed by United States Postal Service in postage prepaid envelopes, sent by certified mail, return receipt requested, true copies of the foregoing citation along with a copy of the  PLAINTIFF'S ORIGINAL PETITION attached to each such citation, all in accordance with the District Clerk standard mailing procedures, and property addressed to the following person and address:

By _Alice Clement_ _____ Deputy Clerk
CLEMENAA

7015 0640 0004 7843 9541 AAC CICM
281,077-C
Schneider National Carriers, Inc
By Serving Its Registered Agent
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136







## RETURN OF CITATION BY CERTIFIED MAIL

Cause No. 281077 - 0

ARNOLD MOTL
VS
SCHNEIDER NATIONAL CARRIERS INC

IN THE
169TH DISTRICT COURT
BELL COUNTY, TEXAS

ADDRESS FOR SERVICE:
SCHNEIDER NATIONAL CARRIERS INC
1999 BRYAN STREET, SUITE 900

*DALLAS, TEXAS 752013136*

Came to hand on November 16, 2015, and executed by mailing to SCHNEIDER NATIONAL CARRIERS INC by certified mail, return receipt requested with restricted delivery, a true copy of this citation together with an attached copy of **PLAINTIFF'S ORIGINAL PETITION** to the above address.

Service upon the Defendant is evidenced by the return receipt incorporated herein and attached hereto.

signed by _Chris Wells_____ and dated _Dec. 1, 2015_____

This citation was not executed for the following reason: _____

To certify which witness my hand officially

**JOANNA STATON, District Clerk**
Bell County, Texas
1201 West Huey Road
P.O. Box 909
Belton, Texas 76513

By: _Alice Clemet_____ Deputy Clerk
CLEMENAA

**ATTACH RETURN RECEIPT(S) WITH ADDRESSEE'S
SIGNATURES UNLESS DELIVERY UNSUCCESSFUL**

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Joanna Staton
Bell County District Clerk
P.O. Box 909
Belton, Texas 76513

2015 DEC -4   AM 8: 31

JOANNA STATON
DISTRICT COURT
BELL COUNTY, TX
DEPUTY

FILED

**USPS TRACKING #**

9590 9401 0010 5168 9330 36



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

7015 0640 0004 7843 9541 AAC CICM
281,077-C
Schneider National Carriers, Inc
By Serving Its Registered Agent
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136

9590 9401 0010 5168 9330 36

2. Article Number (Transfer from service label)
7015 0640 0004 7843 9541

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Chris Woll
C. Date of Delivery
DEC 0 1 2015

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...red Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

Filed 12/18/2015 1:01:19 PM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy

CAUSE NO. 281,077-C

| | | |
|---|---|---|
| ARNOLD MOTL | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | BELL COUNTY, TEXAS |
| | § | |
| SCHNEIDER NATIONAL CARRIERS, | § | |
| INC., a.k.a. SCHNEIDER NATIONAL | § | |
| BULK CARRIERS, INC., & DETONIO A. | § | |
| PRICE | § | |
| *Defendants.* | § | 169TH DISTRICT COURT |

## DEFENDANT'S VERIFIED ORIGINAL ANSWER
## AND REQUEST FOR DISCLOSURES

NOW COMES Schneider National Carriers, Inc. (improperly named, Schneider National Carriers, Inc. a.k.a. Schneider National Bulk Carriers, Inc.), Defendant in the above entitled and numbered cause, and files its Original Answer.  In support of Schneider National Carriers, Inc.'s Original Answer, Defendant would respectfully show unto the Court and Jury as follows:

### I.
### GENERAL DENIAL

1.     The Texas Rules of Civil Procedure and, in particular Rule 92, affords citizens and corporations of this state certain protections with respect to lawsuits of this type.  Accordingly, Defendant invokes the provisions of that rule and do generally deny the allegations now made against them by the Plaintiff and his attorney.

2.     At any trial of this cause, Defendant will exercise its legal rights in this regard and require Plaintiff to carry the burden of proof, which the law imposes upon him, to prove each and every material allegation contained in his pleadings by a preponderance of the credible evidence.

## II.
## DEFENSES

3.      Defendant would show that Plaintiff's alleged injuries and damages were proximately caused by Plaintiff's own negligent conduct, both of omissions and commissions, in one or more of the following respects:  (1) failing to maintain his tractor-trailer in a single lane; (2) making an improper right turn; (3) driver's inattentiveness; and (4) failing to keep a proper lookout.

4.      Each of these acts and/or omissions, singularly, or in combination with the others, constituted negligence, which proximately caused the occurrence made the basis of Plaintiff's action and all damages alleged in this case.

5.      Further, Schneider National Carriers, Inc. a.k.a. Schneider National Bulk Carriers, Inc. is not liable in the capacity in which it has been sued.

## III.

6.      Defendant states that it is entitled to submit Plaintiff name before the jury for a determination of his proportional responsibility pursuant to Chapter 33 of the TEXAS CIVIL PRACTICE & REMEDIES CODE.

## IV.

7.      In regards to damages with respect to Plaintiff's loss of earnings, if any, these damages are limited to a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law as set forth in § 18.091 of the TEXAS CIVIL PRACTICE & REMEDIES CODE.

8.      Further, Defendant would show that as to medical expenses only the amount actually paid and/or incurred by Plaintiff is recoverable by Plaintiff in this lawsuit.  TEX. CIV. PRAC. & REM. CODE §41.0105.  Any amount that is discounted,

written off, or adjusted following contribution of a third party payor (including but not limited to Medicaid, Medicare or by Managed Care Administrator) is not an amount that is "paid or incurred," and should not be submitted to the jury or included in any economic damage award.

**V.**

9.     Defendant states that Plaintiff is not entitled to recover punitive or exemplary damages in any form or fashion in his alleged cause of action in that it would violate Defendant's rights under the Constitution of the United States and the Constitution of the State of Texas.  In the alternative, and without waiving the foregoing, Defendant is entitled to the protections afforded to it under TEX. CIV. PRAC. & REM. CODE §41.003 et. seq.

**VI.**
**REQUEST FOR DISCLOSURE**

10.     Pursuant to Tex. R. Civ. P. 194, Plaintiff is hereby requested to disclose within 30 days after service of this Original Answer and Request for Disclosure, the information or material listed in Rule 194.2, with such information or material to be produced at Castagna Scott LLP, 1120 S. Capital of Texas Highway, Building 2, Suite 270, Austin, Texas 78746.

**VII.**
**JURY DEMAND**

11.     Defendant tenders its statutory jury fee and demands a trial by jury.

**VIII.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant Schneider National Carriers, Inc., (improperly named, Schneider National Carriers, Inc. a.k.a. Schneider

National Bulk Carriers, Inc.), prays that upon final hearing of this cause that the Court enter its judgment to the effect that Plaintiff takes nothing by way of his cause of action against the Defendant, that Defendant is awarded court costs, legal interest, both prejudgment and post judgment interest, and for such other and further relief to which Defendant may be justly entitled, either at law or in equity.

Respectfully submitted,

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 fax

By:_____ */s/ Celeste Kronenberger*_____
    Lynn S. Castagna
    State Bar No. 03980520
    Celeste P. Kronenberger
    State Bar No. 24048946
    celeste@texasdefense.com

**ATTORNEYS FOR DEFENDANT
SCHNEIDER  NATIONAL  CARRIERS,
INC.**

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record in the manner indicated below:

***<u>Via Facsimile: (254) 939-3996</u>***
Steven B. Fuller
Miller & Pearson, Attorneys at Law
520 S. Main Street
Belton, Texas 76513

and in accordance with the Texas Rules of Civil Procedure, on this <u>18th</u> day of December, 2015.


*/s/  Celeste Kronenberger*
Celeste P. Kronenberger

## VERIFICATION

STATE OF TEXAS              §
                           §
COUNTY OF TRAVIS           §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Celeste Kronenberger, a person known to me, who after being duly sworn stated under oath that she is one of the attorneys of record in this cause; that she has read the foregoing Original Answer; and that every statement contained in it is true and correct to the best of her knowledge.

Celeste P. Kronenberger

SUBSCRIBED AND SWORN TO before me on this the 18th day of December, 2015.

TOVE M. SEBRING
My Commission Expires
June 22, 2017

Notary Public - State of Texas

Print this page

# Case # 281,077-C

**Case Information**

| | |
|---|---|
| Location | Bell County - District Clerk |
| Date Filed | 12/18/2015 01:01:19 PM |
| Case Number | 281,077-C |
| Case Description | |
| Assigned to Judge | |
| Attorney | Celeste Kronenberger |
| Firm Name | Castagna Scott LLP |
| Filed By | Tove Sebring |
| Filer Type | Not Applicable |

**Fees**

| | |
|---|---|
| Convenience Fee | $0.92 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $30.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $32.92 |

**Payment**

| | |
|---|---|
| Account Name | Barclay New |
| Transaction Amount | $32.92 |
| Transaction Response | Approved |
| Transaction ID | 13543893 |
| Order # | 008303353-0 |

**Answer/Response**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Answer/Response |
| Filing Description | Defendant's Verified Original Answer and Request for Disclosures |
| Reference Number | 7575.32547 |
| Comments | Please file in your usual manner. |
| Status | Accepted |
| Accepted Date | 12/21/2015 09:45:12 AM |

**Fees**

| | |
|---|---|
| Court Fee | $30.00 |

Service Fee                              $0.00

Optional Services
>Jury Fee                               $30.00

**Documents**

*Lead Document*              2015-12-16 Defendant Schneider OA.pdf        [Original]  [Transmitted]

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Steven B. Fuller sfuller@bellcountylawyer.com | Miller & Pearson, Attorneys at Law | EServe | Sent | Yes | 12/18/2015 02:26:32 PM |
| Lynn Castagna lynn@texasdefense.com | Castagna Scott LLP | EServe | Sent | Yes | Not Opened |
| Celeste Kronenberger celeste@texasdefense.com | | EServe | Sent | Yes | Not Opened |
| Tove Sebring tove@texasdefense.com | Castagna Scott, LLP | EServe | Sent | Yes | Not Opened |

Filed 12/21/2015 12:37:12 PM
Sarina Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy

CAUSE NO. 281,077-C

| | | |
|---|---|---|
| ARNOLD MOTL | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | BELL COUNTY, TEXAS |
| | § | |
| SCHNEIDER NATIONAL CARRIERS, | § | |
| INC., a.k.a. SCHNEIDER NATIONAL | § | |
| BULK CARRIERS, INC., & DETONIO A. | § | |
| PRICE | § | |
| *Defendants.* | § | 169TH DISTRICT COURT |

## DEFENDANT SCHNEIDER NATIONAL CARRIERS, INC.'S NOTICE OF INTENTION TO USE DOCUMENTS AND TANGIBLE ITEMS

COMES NOW, Schneider National Carriers, Inc. (improperly named, Schneider National Carriers, Inc. a.k.a. Schneider National Bulk Carriers, Inc.), one of the Defendants in the above numbered and entitled cause, and files its Notice of Intention to Use Documents and Tangible Items, and as grounds therefore would respectfully show unto the Court the following:

### I.

Defendant Schneider National Carriers, Inc. intends to use the documents and tangible items produced by Plaintiff, including those documents and items produced in Plaintiff's Request for Production responses, and Plaintiff's Request for Disclosure responses, against Plaintiff at any hearing or trial in this matter.

### II.

Defendant Schneider National Carriers, Inc. is providing this Notice pursuant to Texas Rules of Civil Procedure 193.7.

Respectfully submitted,

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
(512) 329-3290
(888) 255-0132 (Fax)

By:  */s/ Celeste Kronenberger*
        Lynn Castagna
        Texas State Bar No. 03980520
        Lynn@texasdefense.com
        Celeste P. Kronenberger
        State Bar No. 24048946
        Celeste@texasdefense.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record in the manner indicated below:

**_Via Facsimile: (254) 939-3996_**
Steven B. Fuller
Miller & Pearson, Attorneys at Law
520 S. Main Street
Belton, Texas 76513

and in accordance with the Texas Rules of Civil Procedure, on the   21st   day of December, 2015.

*/s/ Celeste Kronenberger*
Celeste P. Kronenberger

- 2 -

<u>Print this page</u>

# Case # 281,077-C

**Case Information**

| | |
|---|---|
| Location | Bell County - District Clerk |
| Date Filed | 12/21/2015 12:37:12 PM |
| Case Number | 281,077-C |
| Case Description | |
| Assigned to Judge | |
| Attorney | Celeste Kronenberger |
| Firm Name | Castagna Scott LLP |
| Filed By | Tove Sebring |
| Filer Type | Not Applicable |

**Fees**

| | |
|---|---|
| Convenience Fee | $0.06 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $2.06 |

**Payment**

| | |
|---|---|
| Account Name | Barclay New |
| Transaction Amount | $2.06 |
| Transaction Response | Approved |
| Transaction ID | 13559071 |
| Order # | 008322689-0 |

**Notice**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Notice |
| Filing Description | Defendant Schneider National Carriers, Inc.'s Notice of Intention to Use Documents and Tangible Items |
| Reference Number | 7575.32547 |
| Comments | Please file in your usual manner. Thank you. |
| Status | Accepted |
| Accepted Date | 12/21/2015 02:45:05 PM |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

**Documents**

*Lead Document*        2015-12-17 193.7.pdf        [Original]        [Transmitted]

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Lynn Castagna lynn@texasdefense.com | Castagna Scott LLP | EServe | Sent | Yes | 12/21/2015 12:47:23 PM |
| Celeste Kronenberger celeste@texasdefense.com | | EServe | Sent | Yes | 12/21/2015 01:07:17 PM |
| Tove Sebring tove@texasdefense.com | Castagna Scott, LLP | EServe | Sent | Yes | Not Opened |
| Steven B. Fuller sfuller@bellcountylawyer.com | Miller & Pearson, Attorneys at Law | EServe | Sent | Yes | 12/21/2015 12:46:22 PM |

# Search Results

## Civil Case Data

| Case Number | Case Sequence | Cause Title | File Court | Date Filed | Style 1 / Plaintiff | Style 2 / Defendant | Judgement Date | Judgement Title | Assigned Judge |
|---|---|---|---|---|---|---|---|---|---|
| 281077 | 0 | Injury/Damage Auto | 169 | 2015-11-05 | MOTL, ARNOLD | SCHNEIDER NATIONAL CARRIERS INC | | Not Final | ADAMS |

## Party Data

| Case Number | Case Seq | Party Type | Party Name | Last Name | First Name |
|---|---|---|---|---|---|
| 281077 | 0 | SP | ARNOLD MOTL | MOTL | ARNOLD |
| 281077 | 0 | SD | SCHNEIDER NATIONAL CARRIERS INC | SCHNEIDER NATIONAL CARRIERS IN | C |
| 281077 | 0 | A | SCHNEIDER NATIONAL BULK CARRIERS INC | SCHNEIDER NATIONAL BULK CARRIE | RS INC |
| 281077 | 0 | D | DETONIO A. PRICE | PRICE | DETONIO A. |

## Attorney Data

| Case Number | Case Seq | Attorney Name | Last Name | First Name |
|---|---|---|---|---|
| 281077 | 0 | CELESTE P. KRONENBERGER | KRONENBERGER | CELESTE P. |
| 281077 | 0 | STEVEN B. FULLER | FULLER | STEVEN B. |

## Description

| Case Number | Case Seq | Description Date | Description | Desc Seq |
|---|---|---|---|---|
| 281077 | 0 | 2015-11-05 | PLAINTIFF'S ORIGINAL PETITION BY FULLER | 1 |
| 281077 | 0 | 2015-11-05 | COVER LETTER FOR CITATIONS | 2 |
| 281077 | 0 | 2015-11-05 | REQUEST FOR SERVICE FORM | 3 |
| 281077 | 0 | 2015-11-05 | EFILING CASE INFORMATION SHEET | 4 |
| 281077 | 0 | 2015-11-16 | CLERKS COPY OF CITATION BY MAIL X2-MAILED 11/16/15 | 5 |
| 281077 | 0 | 2015-11-19 | **- file folder given to VIEW | 6 |
| 281077 | 0 | 2015-11-19 | **- file folder returned- VIEW | 7 |
| 281077 | 0 | 2015-12-04 | SERVED CICM TO SCHNEIDER NATIONAL CARRIERS INC | 8 |
| 281077 | 0 | | -SIGNED BY CHRIS WELLS-12/1/2015 | 9 |
| 281077 | 0 | | Server- Certified Mail- C/M | 10 |
| 281077 | 0 | 2015-12-21 | DEFENDANT'S VERIFIED ORIGINAL ANSWER AND REQUEST F | 11 |

| 281077 | 0 | | OR DISCLOSURE BY CELESTE P. KRONEN | 12 |
| 281077 | 0 | 2015-12-21 | EFILING CASE INFORMATION SHEET | 13 |
| 281077 | 0 | 2015-12-21 | DEFENDANT SCHNEIDER NATIONAL CARRIERS, INC'S | 14 |
| 281077 | 0 | | NOTICE OF INTENTION TO USE DOCUMENTS AND TANGIBLE | 15 |
| 281077 | 0 | | ITEMS | 16 |
| 281077 | 0 | 2015-12-21 | EFILING CASE INFORMATION SHEET | 17 |

## Scheduled Settings

| Case Number | Case Seq | Court Number | Court Date | Court Time | Hearing Status | Setting Code |
| --- | --- | --- | --- | --- | --- | --- |

No Data to Report